**STATEMENT OF FACTS**

On Wednesday, September 13, 2006, Detective Timothy R. Palchak (Metropolitan Police Department) was acting in an undercover capacity as part of a multi-jurisdictional Internet Crimes Against Children (ICAC) Task Force. Detective Palchak was operating out of the ICAC satellite office in Washington, D.C. On September 13, 2006, an individual using the screen name "ilikesexxx" initiated contact with Detective Palchak, who was using the screen name "daddysgrldc." Detective Palchak identified himself as a twelve-year-old female residing in the District of Columbia. The defendant, who was using the screen name "ilikesexxx," identified himself as a twenty-year-old male residing in College Park, Maryland.

The defendant initiated a conversation with "daddysgrldc" in a private Yahoo chat room. The conversation began at approximately 4:06 p.m. and ended at approximately 4:51 p.m. During the course of the conversation, the defendant and Detective Palchak exchanged photographs via the Internet. Detective Palchack sent a picture of a young child in a bathing suit, representing that it was a photograph of the twelve-year-old girl who was using the screen name "daddysgrldc." The defendant sent several pictures of himself. Detective Palchak indicated in the course of the conversation that the twelve-year-old girl using the screen name "daddysgrldc" was named "Amanda." During the conversation in the chat room, the defendant discussed engaging in sexual intercourse with "Amanda." He assured her that she would not get pregnant because he always used condoms when engaging in sexual relations. He made arrangements to meet Amanda in front of xxxx Xxxxx Xxxxxx, X.X. in the District of Columbia at 5:15 p.m. on September 13, 2006.

On September 13, 2006 at approximately 6:25 p.m., the defendant was observed parking a vehicle bearing Maryland license plates in front of xxxx Xxxxx Xxxxxx, X.X., Xxxxxxxxxx, X.X. The defendant's appearance matched that of the person depicted in the photographs sent via the Internet by the individual using the screen name "ilikesexxx." The defendant was placed under arrest at that time. A search incident to arrest was conducted. Among the items recovered were condoms and driving directions from Xxxxxx Xxxx, ZIP code xxxxx-xxxx, to xxxx Xxxxx Xxxxxx, X.X. The words "Apt 3 Amanda" were written below the directions. After the defendant's arrest, he gave "xxxx Xxxxxx Xxxx, Xxxxxxx Xxxx, Xxxxxxxx" as his address.

Investigation has revealed that the defendant's date of birth is January 15, 1986. Illicit sexual conduct as defined in 18 U.S.C. § 2423(b) includes sexual intercourse between a person over the age of 18 years and a minor under the age of 16 years who is at least four years younger than the adult.

Detective MIGUEL MIRANDA
Metropolitan Police Department

Subscribed and sworn to before me this fourteenth day of September 2006 within the District of Columbia.

JOHN M. FACCIOLA
United States Magistrate Judge