IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES<br>-v-<br><br>**Brandon Laureys**<br><br>Defendant | Case No.: 06-396-M-01<br><br>Judge John D. Bates |

## NOTICE REGARDING FILING OF SEALED MATERIAL

Notice is given that a Motion to File Sealed Material with Attachment and Proposed Order was filed in paper format with the Court. This document is not available for public viewing.

Respectfully submitted,

_____
Howard R. Cheris, Esq.
800 S. Frederick Ave., #203
Gaithersburg, MD 20877
(301) 315-0800
Bar #433625

Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing Notice was either delivered electronically, faxed, hand-delivered or mailed first class, postage prepaid this 13th day of December, 2006 to the Office of the United State's Attorney, 555 4th St., Washington, DC 20001.

_____
Howard R. Cheris